# Court of Appeals
# of the State of Georgia

ATLANTA,  October 12, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0258.  GLEB SHEVELEV v. US BANK, NA, AS TRUSTEE OF CASTLE PEAK 2010-1.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, Defendant Gleb Shevelev appealed the magistrate court's decision to the superior court.  The superior court subsequently entered a writ of possession in favor of the plaintiff.  Shevelev then appealed directly to this Court.

We lack jurisdiction.  Because the order at issue disposes of a de novo appeal from a magistrate court decision, Shevelev was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/12/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*